Per Curiam.
 

 [¶ 1] D.P. appeals from a juvenile court order terminating her parental rights to E.P. The juvenile court found the child is deprived, the conditions and causes of the deprivation are likely to continue, and the child is suffering or will probably suffer serious physical, mental, moral, or emotional harm.
 
 See
 
 N.D.C.C. § 27-20-44(1)(c)(1). The mother argues clear and convincing evidence does not support the court's findings relating to E.P. The juvenile court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte
 

 Jon J. Jensen